**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lorenzo SOLIS–MARQUEZ,**
**Defendant–Appellant.**

**No. 13–51078**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 23, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before KING, JOLLY, and HAYNES, Circuit Judges.

**436**

PER CURIAM: *

Lorenzo Solis–Marquez (Solis) appeals his 12–month sentence but not his conviction for illegally reentering the United States. Solis has been released from custody and removed from the United States. Because there is no longer any relief we can grant him, his appeal is DISMISSED AS MOOT. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

